IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 3 0 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| MICHAEL THOMAS COLEGROVE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:14-CV-798-A |
| | § |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § |
| Defendant. | § |

## ORDER

Came on for consideration the above-captioned action wherein Michael Thomas Colegrove is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits. On December 14, 2015, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until December 28, 2015, in which to file and serve any written objections thereto. No objections were timely filed.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on March 3, 2011, plaintiff, Michael Thomas Colegrove, is not disabled under section 216(i) or 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED December 30, 2015.

_____
JOHN McBRYDE
United States District Judge

2